IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL JORDAN, # 168649, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:16cv69-WHA |
| ) | [WO] |
| JOSEPH WOMBLE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On December 4, 2017, the Magistrate Judge filed a Recommendation (Doc. # 13) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 13) is ADOPTED;

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(3) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 26th day of February, 2018.

　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE